**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Middle District of Florida ▾

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

FILED

AUG 0 2 2023

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

☐ Check if this is an amended filing

*Revd Via Email @ 1:42 AM*

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy     12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Charles<br>First name<br>Edward<br>Middle name<br>Lincoln<br>Last name<br>III<br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name<br>ALDF<br>Business name (if applicable)<br>American Legal Defense Fund<br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 0 0 2 7<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

*NF*

Debtor 1    **Charles Edward Lincoln III**
            <span style="font-size:smaller">First Name        Middle Name        Last Name</span>

Case number *(if known)*_____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

**5. Where you live**

1507 Saint Ann Street
Number        Street

New Orleans        LA        70116
City        State        ZIP Code

Orleans Parish, Louisiana
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number        Street

P.O. Box

City        State        ZIP Code

**If Debtor 2 lives at a different address:**

Number        Street

City        State        ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number        Street

P.O. Box

City        State        ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than any other district.

☑ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Principal Place of Business and

Principal Business Assets

Not eligible to file in Louisiana

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

_____

_____

_____

Debtor 1   <u>Charles Edward Lincoln III</u>
First Name      Middle Name         Last Name

Case number (if known)_____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

❏ Chapter 7

❏ Chapter 11

❏ Chapter 12

☑ Chapter 13

---

**8. How you will pay the fee**

❏ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❏ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

❏ No

☑ Yes.  District  Middle District Florida   When  05/30/2019   Case number  8:19-BK-05127 Delano
                                                 MM / DD / YYYY

          District  District of New Jersey   When  08/21/2018   Case number  3:18-BK-26726 Kaplan
                                                 MM / DD / YYYY

          District  Eastern D. Louisiana   When  10/26/2016   Case number  2:16-BK-12650 Grabill
                                                 MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

❏ Yes.  Debtor _____   Relationship to you _____

          District _____  When _____  Case number, if known_____
                                         MM / DD / YYYY

          Debtor _____   Relationship to you _____

          District _____  When _____  Case number, if known_____
                                         MM / DD / YYYY

---

**11. Do you rent your residence?**

❏ No.  Go to line 12.

☑ Yes.  Has your landlord obtained an eviction judgment against you?

   ☑ No. Go to line 12.

   ❏ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1   **Charles Edward Lincoln III**
_____
First Name      Middle Name      Last Name

Case number *(if known)*_____

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

---

12. **Are you a sole proprietor of any full- or part-time business?**

   A sole proprietorship is a *business you operate as an* individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

   If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

   _____
   Name of business, if any

   _____
   Number      Street

   _____

   _____
   City                              State      ZIP Code

   *Check the appropriate box to describe your business:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☑ None of the above

---

13. **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

   For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

Debtor 1    Charles Edward Lincoln III
            First Name    Middle Name        Last Name

Case number *(if known)*_____

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No

☐ Yes.  What is the hazard?  _____

_____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed? _____

_____

Where is the property?  _____
                        Number        Street

_____

_____
City                                    State    ZIP Code

Debtor 1    Charles Edward Lincoln III
            First Name    Middle Name    Last Name

Case number (if known)_____

---

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

15. **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1  __Charles Edward Lincoln III__                          Case number (if known)_____
          First Name   Middle Name        Last Name

---

**Part 6:   Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**Part 7:   Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ /s/Charles Edward Lincoln, III/s/          ✖ _____

Signature of Debtor 1                        Signature of Debtor 2

Executed on 07/31/2023                       Executed on _____
            MM / DD / YYYY                                MM / DD / YYYY

Debtor 1    **Charles Edward Lincoln III**
First Name    Middle Name    Last Name

Case number (*if known*)_____

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No
☐ Yes. Name of Person_____.
   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✖ /s/Charles Edward Lincoln, III/s/            ✖ _____
Signature of Debtor 1                              Signature of Debtor 2

Date    07/31/2023                               Date    _____
        MM / DD  / YYYY                                   MM /  DD / YYYY

Contact phone   (504) 777-5023                   Contact phone   _____

Cell phone    (504) 777-5021                     Cell phone    _____

Email address   charles.e.lincoln@gmail.com       Email address   _____

## CREDITOR'S MATRIX & INITIAL MAILING LIST
### 2 August 2023

Marcus J. Smith
MSY Management, LLC
5122 MARIGNY ST,
NEW ORLEANS, LA 70122
(504) 231-4701

Kristen Robinson, District Manager
Public Storage
3900 Tchoupitoulas Street
New Orleans, Louisiana 70115-1342
504-227-2513; **504-313-4113**

Jersey Central Power & Light Co,
Deiches & Ferschmann
25 Wilkins Avenue
Haddonfield, NJ 08033-2405

SN Servicing Corporation,
c/o Freedman Law, LLC
Attn: Terri Jane Freedman, Esq.,
9 Elkin Drive
Livingston, NJ 07039-1307

Yu-Wen Chiu and Chih-Yang Hu
4616 Chastant Street
Metairie, Louisiana 70006

Matthew P. Chenevert
Attorney-at-Law
3043 Elmwood Park Drive
New Orleans, Louisiana 70114

Amalia Liana Thanou
269 South Beverly Dr, #1347
Beverly Hills, CA 90212-3851

Ankita Javia
3 Redberry Ct,
East Brunswick, NJ 08816-2741

Barbara Rivera Fulton
POB 19980
New Orleans, LA 70179-0980

Char Nel Pools
649 Mantoloking Rd
Brick, NJ 08723-5400

David W Asbach
400 Poydras St, Ste 2110
New Orleans, LA 70130-3238

SN Servicing Corp
601 Brickell Key Dr, Ste 700
Miami, FL 33131-2649

Jersey Central Power Light
101 Crawfords Corner Rd, Bldg # 1 Suite 1-511
Holmdel, NJ 07733-1976

Markella Thanou
269 South Beverly Dr, #1347
Beverly Hills, CA 90212-3851

RREF II IB Acquisitions
Att: Rialto Capital Advisors LLC
790 NW 107th Ave Ste 400
Miami, FL 33172-3159

Thomas J Fagan
23 Strong St.
Mahwah, NJ 07430-3123

Wells Fargo Bank, N.A.
c/o Jason R. Boyer
Sara F. Holladay-Tobias

McGuireWoods
500 North Laura Street, Suite 3300
Jacksonville, Florida 32202

USDC Western District of Texas
800 Franklin Ave, #380
Waco, TX 76701-1934

Williamson County District Court
405 Martin Luther King St
Georgetown, TX 78626-4900

Fernand L. Laudumiey IV & DJ Messina
Chaffe McCall
2300 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163

Connell Family Dentistry
Brian Connell
2633 Napoleon Avenue
New Orleans LA 70115

Sewerage & Water Board of New Orleans
625 Saint Joseph Street
New Orleans, Louisiana 70165-6501

USDC Eastern District of Louisiana
Judge Ivan LR Lemelle
500 Poydras Street, 5th Floor
1st Floor Clerk's Office
New Orleans, Louisiana 70130

**United States Bankruptcy Court**
**Middle District of Florida**
**Tampa Division**

**Declaration of Charles Edward Lincoln, III, re Special Conditions of Filing**

1. My name is Charles Edward Lincoln, III.

2. As of this 2nd Day of August, 2023, I am filing a voluntary petition under Chapter 13 of the United States Bankruptcy Code.

3. Subject to three special conditions.

4. FIRST: I have affixed my true and correct Electronic Signature: /s/Charles Edward Lincoln III/s/ to my Voluntary Petition, my Statement of Social Security Numbers, and my Application to pay Filing Fee in Installments.

5. I ask the Court to acknowledge and accept my electronic signature because my printer/scanner is not working.

6. But if it is possible to go ahead and file my case/assign a case number so that relief can be entered, I can countersign or can add my "wet ink" signature to these documents and submit them by postal delivery.

7. SECOND: I declare under penalty of perjury that I have attached a true and correct copy of my California ID A5342774 in an attempt to satisfy the requirement for photo identification.

8. I realize that this ID expired on my birthday in 2020, but I have not returned to California since that date, even though I remain registered to vote there nor have I been able to establish legal residence anywhere else.

9. I declare under penalty of perjury that I am Charles Edward Lincoln, III, and that I affixed my electronic signatures to the above-itemized documents, as well as this declaration, submitted pursuant to 28 U.S.C. §1746, and that I have also attached a true and correct copy of my ONLY photo ID herewith.

10. THIRD: the principal clients in my consulting business live in the Middle District of Florida, and so I file in the Middle District of Florida, Tampa Division.

11. **I ask that my Declaration be sealed from public view to preserve privacy.** Done and Executed in New Orleans, Louisiana on this Wednesday, 2 August 2023.

*/s/Charles Edward Lincoln, III/s/*